Gregory P. Goonan (Cal. Bar #119821)
**The Affinity Law Group APC**
5755 Oberlin Drive, Suite 301
San Diego, CA  92121
Tel: 858-750-1615
Fax: 619-243-0088
E-Mail: ggoonan@affinity-law.com

Niles R. Sharif, Esq.  (Cal. Bar #135864)
**Law Offices of Niles R. Sharif**
5638 Lake Murray Boulevard, Suite 153
La Mesa, CA  91942
Tel: 619-463-9111
Fax: 619-568-3689
E-mail: nrsharif@yahoo.com

Attorneys for Defendant, Cross-Defendant and Cross-Complainant Andy Mills

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SHORTAL, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> HESSGEN, INC. et al., <br><br> Defendants. <br> >>>>>>>>>>>>>>>>>>>>>>>>>>>>>> <br> And Related Cross-Actions. | Case No.  3:12cv02845-WQH-NLS <br><br> **STIPULATION AND JOINT MOTION TO DISMISS CROSS-COMPLAINT BY DEFENDANT AND CROSS-COMPLAINANT ANDY MILLS AGAINST CROSS-DEFENDANT JACK MOTT** <br><br> Complaint Filed:  November 28, 2012 <br> Trial Date:  Not Yet Set |

IT IS HEREBY STIPULATED by and between defendant and cross-complainant Andy Mills ("Mills") and cross-defendant Jack Mott ("Mott"), through their undersigned counsel of record, that all claims asserted by Mills against Mott in this action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party will bear its own costs and attorneys' fees.

---

*JOINT MOTION TO DISMISS CROSS-COMPLAINT BY DEFENDANT AND CROSS-COMPLAINANT ANDY MILLS AGAINST CROSS-DEFENDANT JACK MOTT*

- 1 -

Based upon and in accordance with the foregoing stipulation, Mills and Mott, through their undersigned counsel of record, hereby jointly move the Court to enter an order of dismissal with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure of Mills' claims against Mott in this action.

DATED: January 24, 2014    THE AFFINITY LAW GROUP APC

By: _____
Gregory P. Goonan
Attorneys for Defendant, Cross-Defendant and
Cross-Complainant Andy Mills

DATED: January 24, 2014    HEATH LAW, P.C.

By: _____
Steven A. Heath
Attorneys for Cross-Defendant
Jack Mott

## Certificate of Service

The undersigned hereby certifies that on this 30th day of January 2014, a true and accurate copy of the attached document was electronically filed with the Court, to be served by operation of the Court's electronic filing system, upon the following:

Talin V. Yacoubian
Stewart J. Powell
Yacoubian & Powell LLP
725 South Figueroa Street, Suite 3800
Los Angeles, CA  90017

Attorneys for Plaintiffs


Steven A. Heath
Heath Law, P.C.
2500 Broadway, Suite F-125
Santa Monica, CA  90404

Attorneys for Cross-Defendant Jack Mott


Timothy P. Dillon
Christopher J. Beal
Dillon & Gerardi, APC
5872 Owens Avenue, Suite 200
Carlsbad, CA  92008

Attorneys for Cross-Defendant George Malasek

The attached document was served by United States Mail on the following individuals on January 29 2014:

David Rutkoske
2023 St. Anne Drive
Allen, TX  75013

Cross-Defendant
In Pro Per


Brian Hess
Hessgen, Inc.
5171 Santa Fe Street, #I
San Diego, CA  92109

Defendants/Cross-Complainants/Cross-Defendants
In Pro Per